IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ALEXANDRA LOZANO,** *et al.***,**

    **Plaintiffs,**

                                                      **Case No. 2:22-cv-3089**
                                                      **Chief Judge Algenon L. Marbley**
    **v.**                                                  **Magistrate Judge Chelsey M. Vascura**

**JOHN DOES 1 THROUGH X,** *et al.***,**

    **Defendants.**

## ORDER

    The undersigned hereby recuses herself from the above-entitled case. The Clerk is **DIRECTED** to redraw the case for random assignment to another Untied States Magistrate Judge.

    **IT IS SO ORDERED.**


                                                           *s/ Chelsey M. Vascura*
                                                           **CHELSEY M. VASCURA**
                                                           **UNITED STATES MAGISTRATE JUDGE**