IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| LOZANO, ET AL., | ) |
| | ) Case No. 2:22-cv-03089 |
| Plaintiffs, | ) |
| | ) Hon. Judge Algenon L. Marbley |
| v. | ) |
| | ) Magistrate Judge Kimberly A. Jolson |
| DOE, ET AL., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

Pursuant to the attached Order of the Hon. Judge Fernando Rodriguez, Jr., United States District Court for the Southern District of Texas, Brownsville Division, in Docket No. 1:22-mc-100, Third Party Movant Jennifer Scarborough respectfully submits the attached order entered with regard to the Motion of Jennifer Scarborough to Quash Third Party Subpoena and for a Protective Order issued in the above matter.

Respectfully submitted on this 22nd day of September 2022,

s/Jennifer Scarborough
Jennifer Scarborough
*Pro Se*
SDTX I.D. 3566791
Texas Bar No. 24106401
Law Firm of Jennifer Scarborough PLLC
P.O. Box 531888
Harlingen, TX 78553
(956) 513-7633
(956) 391-2358
abogadajennifer956@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of September 2022, I mailed a true and correct copy of the attached Notice of Filing, with all attachments thereto, to the Clerk of Courts for filing via U.S. overnight mail. Upon the Clerk's Office docketing of this pleading, notice of this filing will be sent through the Court's electronic filing system to all parties represented by attorneys who are registered users of the Court's electronic filing system as provided for in Fed.R.Civ.P. 5(b)(2)(E).

      In addition, I provided a courtesy copy via e-mail on the same date to the e-mail addresses for counsel of record listed in PACER.

Respectfully submitted on this 22nd day of September 2022,

s/Jennifer Scarborough
Jennifer Scarborough
*Pro Se*
SDTX I.D. 3566791
Texas Bar No. 24106401
Law Firm of Jennifer Scarborough PLLC
P.O. Box 531888
Harlingen, TX 78553
(956) 513-7633
(956) 391-2358
abogadajennifer956@gmail.com