# PRIORITY MAIL EXPRESS®

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

$26.95
1007  43215
R2304M111557-13

UNITED STATES POSTAL SERVICE ® PRIORITY MAIL EXPRESS®

EI 299 030 893 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)  PHONE ( 956 ) 513 7633
Jennifer Scarborough
PO Box 531888
Harlingen, TX 78553

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED

TO: (PLEASE PRINT)  PHONE ( 614 ) 719-3000
U.S. District Court - Office of the Clerk
Joseph P. Kinneary - U.S. Courthouse
85 Marconi Blvd, Rm 121
Columbus, OH 43215

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code: TBD
Scheduled Delivery Date: 9-23-2022
Postage: $26.95
Date Accepted: 9-22-2022
Scheduled Delivery Time: 6:00 PM
Time Accepted: 12:45 PM
Total Postage & Fees: $26.95
Flat Rate ☑



← PEEL FROM THIS CORNER

LABEL 11-B, MAY 2021  PSN 7690-02-000-9996

UNITED STATES POSTAL SERVICE®