## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| LOZANO ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN DOES I-X; JANE DOES I-X; ABC PARTNERSHIPS I-X; DEF LIMITED LIABILITY COMPANIES I-X; AND XYZ CORPORATIONS; <br><br> Defendants. | Case No. 2:22-cv-03089 |

**PLAINTIFFS' EXHIBIT E**

Highlights


Amy Maldonado
Admin · 4h

If any members of wIMMin - An intentional community of immigration attorneys have received a Third Party Subpoena in a $7.5 million federal lawsuit in Ohio filed by three of the "arreglar sin salir" attorneys, I have a draft Motion to Quash based on lack of personal jurisdiction that I am happy to share with you. Please send me a DM or email me at amy@amaldonadolaw.com.

I am turning comments off on this post - this is a notice to our community. Please remember that we do NOT bring outside drama to this group.


Erika Jurado-Graham and 18 others


Like         Send