# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

LOZANO ET AL.,

      Plaintiffs,

v.

JOHN DOES I-X; JANE DOES I-X; ABC
PARTNERSHIPS I-X; DEF LIMITED LIABILITY
COMPANIES I-X; AND XYZ CORPORATIONS;

      Defendants.

Case No. 2:22-cv-03089

Chief Judge Alegnon L. Marbley

Magistrate Judge Kimberly A. Jolson

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Alexandra Lozano,

Angelyne Lisinski, and Giulia Fantacci, hereby dismiss the above-captioned action without

prejudice.

Date: March 24, 2023

Respectfully submitted,

  /s/ Kirsten R. Fraser
Shawn J. Organ (0042052)
   *Trial Attorney*
Kirsten R. Fraser (0093951)
**ORGAN LAW LLP**
1330 Dublin Road
Columbus, Ohio 43215
614.481.0900
614.481.0904 (f)
sjorgan@organlegal.com
kfraser@organlegal.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 24, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system and was served on all counsel of record.

 /s/ Kirsten R. Fraser 
*Attorney for Plaintiffs*